UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL VERNON,<br><br>Defendant | Criminal No.   25cr10360<br><br>Violation:<br><br>Count One:<br>Theft of Mail by Officer or Employee<br>(18 U.S.C. § 1709) |

## INDICTMENT

### COUNT ONE
Theft of Mail by Officer or Employee
(18 U.S.C. § 1709)

The Grand Jury charges:

From in or about June 2022 through in or about January 2024, in Waltham, in the District of Massachusetts, and elsewhere, the defendant,

MICHAEL VERNON,

being a Postal Service employee, did steal and remove an article and thing, to wit, bottles of prescription medications, contained in mail entrusted to him and which came into his possession intended to be conveyed through the mail.

All in violation of Title 18, United States Code, Section 1709.

1

A TRUE BILL

_____
FOREPERSON

_____
ADAM W. DEITCH
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: SEPTEMBER ____, 2025
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

2